# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SAM IRVIN, | : | |
| Plaintiff, | : | |
| | : | Case No. 3:20-CV-64 |
| vs | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| JP MANAGEMENT GROUP, INC., et al., | : | |
| | : | |
| Defendant. | | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

    The Court having been advised that on or about April 15, 2021, the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, without prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

    Parties may submit a substitute Judgment Entry once settlement is consummated within the thirty (30) day period. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

    IT IS SO ORDERED.

*s/Thomas M. Rose*

Date: **May 18, 2021**

Thomas M. Rose, Judge
United States District Court